AO455 (Rev.5/85) Waiver of Indictment

**FILED**
MAY 0 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JORGE MACARENO-MARTINEZ | WAIVER OF INDICTMENT ON THE SUPERSEDING INFORMATION<br><br>Case No. 08CR1034-GT |

I, JORGE MACARENO-MARTINEZ, the above named defendant, who is accused of

8:1325 - ILLEGAL ENTRY (MIS)

8:1325 - ILLEGAL ENTRY (FELONY)

8:1325 - ILLEGAL ENTRY (FELONY)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____5-9-08_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jorge Mascareno_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer